MASSACHUSETTS PAROLE BOARD *vs.* RICHARD BRUSGULIS & another.[1] January 5, 1989. *Parole. Habeas Corpus.*

This complaint by the Massachusetts Parole Board pursuant to G. L. c. 211, § 3 (1986 ed.), is before us on reservation and report by a single

---

[1] Superior Court Department of the Trial Court.

justice of this court. The case, involving the propriety of a grant of habeas corpus relief by the Superior Court which restored Richard Brusgulis to the parole status he enjoyed prior to revocation of his parole on the basis of a criminal indictment against him, is rendered moot by the subsequent revocation of parole based on new and separate indictments. We note, however, that since parole constitutes a *variation* on imprisonment, *Morrissey* v. *Brewer*, 408 U.S. 471, 477 (1972), and not an unrestrained release from confinement, a grant of declaratory relief rather than a writ of habeas corpus is the appropriate remedy to be sought or granted where the revocation of parole is challenged. See *Pina* v. *Superintendent, Mass. Correctional Inst., Walpole*, 376 Mass. 659, 664 (1978).

The case is remanded to the county court for the entry of an order dismissing the complaint.

*So ordered.*

*Francis X. Bellotti*, Attorney General, *Frederick W. Riley*, *Barbara A. H. Smith & Andrew M. Zaikis*, Assistant Attorneys General, for the plaintiff, submitted a brief.